**DISMISS and Opinion Filed September 1, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-20-00270-CV**
_____

**TYRONE W. ARTERBERRY, Appellant**

**V.**

**PROPEL FINANCIAL SERVICES, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-19-00101**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The clerk's record in this case is past due. By letters dated April 8, 2020 and May 8, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant

has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200270F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TYRONE W. ARTERBERRY,
Appellant

No. 05-20-00270-CV          V.

PROPEL FINANCIAL SERVICES,
LLC, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-19-00101.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and
Molberg participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee PROPEL FINANCIAL SERVICES, LLC
recover its costs of this appeal from appellant TYRONE W. ARTERBERRY.

Judgment entered September 1, 2020